UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DINA HOROWITZ, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:15 CV 1769 RWS |
| SUNEDISON, INC., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DARCY CHURCH, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:16 CV 628 CEJ |
| AHMAD CHATILA, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Given the motion currently pending before the Judicial Panel on Multidistrict Litigation for the establishment of a multidistrict litigation case in the Southern District of New York [88],

**IT IS HEREBY ORDERED** that the motion to transfer [89] is denied without prejudice to being refiled if the motion for coordinated or consolidated

pretrial proceedings is denied by the Judicial Panel on Multidistrict Litigation.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2016.