UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARCY CHURCH, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AHMAD R. CHATILA and )<br>BRIAN WUEBBELS, )<br>)<br>Defendants. ) | No. 4:16-CV-628 (CEJ) |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that plaintiff shall have until **August 19, 2016**, to file an Original Filing Form as required by Local Rule 2.02.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2016.